## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In re:** | **JASON MICHAEL ROBINS,** | : | Case No. 14-55900 |
| | | : | |
| | **COURTNEY RENAE ROBINS,** | : | Chapter 13 |
| | | : | |
| | Debtors. | : | Judge Charles M. Caldwell |

### <u>NOTICE OF CHANGE OF ADDRESS OF DEBTORS</u>

Now come Debtor COURTNEY RENAE ROBINS by and through the undersigned counsel, and respectfully provide this Honorable Court with notice of a change of address for the Debtors:

COURTNEY RENEA ROBINS
2763 Greenspire Way
Grove City, Ohio 43123

Respectfully submitted,

Dated: 11 June 2015

*s/ Mark Albert Herder*

Mark Albert Herder (0061503)
Attorney for the Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com